UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jonathan Aaron Cervi

           Plaintiff,

CASE NUMBER: 11-10692
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE PAUL KOMIVES

v.

Richard McKeon, et al,

           Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 8, 2011 Magistrate Judge Randon issued a Report and Recommendation [Doc.38], recommending that Defendant's Motion for Costs and Attorney fees [Doc.33] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Defendant's Motion is **DENIED**.

      **IT IS ORDERED**.

                                     /s/ Victoria A. Roberts
                                     Victoria A. Roberts
                                     United States District Judge

Dated: June 20, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 20, 2012.

S/Linda Vertriest
Deputy Clerk